# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Avis Industries, Inc. ) | ASBCA No. 61609 |
| ) | |
| Under Contract Nos. SPE4A6-14-D-7144 ) | |
| SPE4A6-14-D-5524 ) | |

APPEARANCE FOR THE APPELLANT:    J. Hatcher Graham, Esq.
    J. Hatcher Graham, P.C.
    Warner Robins, GA

APPEARANCES FOR THE GOVERNMENT:    Daniel K. Poling, Esq.
    DLA Chief Trial Attorney
    Edward R. Murray, Esq.
    Trial Attorney
    DLA Aviation
    Richmond, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: December 19, 2018

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61609, Appeal of Avis Industries, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals